Elizabeth C. Peil, appellee, v. Auto Cape Top Company, appellant. Gen. No. 30,149.

Assumpsit on promissory note. Judgment upon finding for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

Arnd, Gavin, Cook & Griffin, for appellant; Frederick Arnd, of counsel. Edwin D. Lawlor and E. W. Clark, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Horace Delos Burdick, appellee, v. Frederick H. Bartlett, appellant. Gen. No. 30,164.

Suit to rescind contract for purchase of real estate and to recover part of consideration paid. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

Vail, Roe & Plamondon, for appellant. Robert P. Burkhalter and Edwin White Moore, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Harry A. Salzman, appellee, v. Community State Bank, appellant. Gen. No. 30,177.

Assumpsit for money had and received. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. A. L. Blumenfeld and William Schulze, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Jacqueline Scott, appellant, v. North Shore Hotel Company of Evanston, appellee. Gen. No. 30,192.

Case for personal injury. Judgment for defendant in special plea, setting up applicability of Workmen's Compensation Act. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed November 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).

John A. Bloomingston, for appellant. McCormick, Kirkland, Patterson & Fleming, for appellee; Weymouth Kirkland, Joseph D. Ryan and William H. Symmes, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.